**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**DIEULICSON ALEXANDRE**
**#A244-333-852**

**CIVIL ACTION NO. 26-1211 SEC P**

**VERSUS**

**JUDGE EDWARDS**

**U S IMMIGRATION & CUSTOMS ENFORCEMENT ET AL**

**MAGISTRATE JUDGE HORNSBY**

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 10), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (R. Doc. 1) is **DENIED** and is **DISMISSED WITHOUT PREJUDICE.**

THUS ORDERED AND SIGNED in Chambers this 19th day of October, 2026.

Jerry Edwards, Jr.

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**